1

UNITED STATES DISTRICT COURTY
DISTRICT OF MASSACHUSETTS

```
Litecubes, LLC, a California Limited Liability Co., and  )
Carl VanderSchuit,                                       )
                Plaintiffs                               )
v.                                                       )     Case No:
                                                         )
Glowstickfactory.com, a Massachusetts Proprietorship, and ) 1:04-CV-11474-RCL
Ross Industries, a Massachusetts Corporation             )
                Defendants                               )
                                                         )
```

FILED
IN CLERKS OFFICE

2005 MAR 14  P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF "PRO SE" APPEARANCE
## ON BEHALF OF THE DEFENDANT, GLOWSTICKFACTORY.COM

Now comes David Fromm, d/b/a the Glowstickfactory.com, and respectfully notifies this Honorable Court of his "pro se" appearance filed on his own behalf for the Defendant, Glowstickfactory.com in the above-captioned matter.

Respectfully submitted,
By the Defendant, David Fromm, d/b/a the "Glowstickfactory.com"
On his own behalf, pro se

DAVID FROMM, PRO SE DEFENDANT
62 L Street
Hull, MA 02045
(781)-727-9146

## CERTIFICATE OF SERVICE

I hereby certify that this document was served upon counsel of record for all parties, via first class mail, on Friday, March 11, 2005.

David Fromm