1

UNITED STATES DISTRICT COURTY
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Litecubes, LLC, a California Limited Liability Co., and | ) | |
| Carl VanderSchuit, | ) | |
| Plaintiffs | ) | |
| v. | ) | Case No: |
| | ) | |
| Glowstickfactory.com, a Massachusetts Proprietorship, and | ) | 1:04-CV-11474-RCL |
| Ross Industries, a Massachusetts Corporation | ) | |
| Defendants | ) | |
| | ) | |

## STATUS REPORT
## OF DEFENDANT, GLOWSTICKFACTORY.COM

Now comes Defendant, Glowstickfactory.com, and respectfully submits

this Status Report, pursuant to the Order of Judge Reginald C. Lindsay, issued by the

Court on March 3, 2005.


This litigation was initiated by the Plaintiffs against the Defendant,

Glowstickfactory.com (hereinafter "GSF"), through a Complaint filed and served upon

GSF in July, 2003. [1]   On December 2, 2003, after receiving the requisite extensions,

GSF filed its Answer to the Plaintiffs' Complaint.

---

[1] The Plaintiffs claimed service on the Defendant, "Ross Industries, a Massachusetts Corporation" on July 9, 2003. Apparently that Defendant did not respond and a "Default Judgment" was entered on December 9, 2003, in favor of the Plaintiffs. However, Judge Carol E. Jackson, in an Order dated June 28, 2004, vacating the entry of the default judgment "in favor of the Plaintiffs and against the Defendant Ross Industries."

The Defendant, Glowstickfactory.com hereby reaffirms that it is not associated with, nor has any knowledge as to the existence, of the Defendant, "Ross Industries, a Massachusetts Corporation."

The Defendant, Glowstickfactory.com has not received subsequent confirmation from the Plaintiffs that service upon the Defendant, Ross Industries, has been perfected.

On that same day, December 2, 2003, GSF filed a <u>Motion to Dismiss or for a Change of Venue</u>, seeing a transfer of this case from the Eastern District of Missouri to the District of Massachusetts.

On December 11, 2003, the Plaintiffs responded by filing a <u>Motion for Extension of Time to Take Discovery Regarding Defendant's Motion to Dismiss or for Change of Venue</u>. In response thereto, the Plaintiffs requested permission to conduct discovery as to the issue of "venue". Judge Jackson allowed the request.

On February 19, 2003, the Plaintiffs served their <u>First Set of Interrogatories</u> and a <u>Request for Production of Documents</u> upon the Defendant, GSF. By March 11, 2004, the Defendant, GSF timely responded to both discovery requests. The Plaintiffs then filed their <u>Opposition to the Defendant's Motion to Dismiss or for a Change of Venue</u>

On June 28, 2004, Judge Carol E. Jackson issues a <u>Memorandum and Order</u> in which Her Honor allowed the Defendant, GSF's <u>Motion for a Change in Venue</u>, and in doing so, Ordered that the Clerk of Court transfer this matter to the United States District Court for the District of Massachusetts.

On June 29, 2004, pursuant to the Court's Order, the case was transferred from the District of Missouri and received in the United States District Court for the District of Massachusetts.

Respectfully submitted,
By the Defendant, David Fromm, d/b/a the "Glowstickfactory.com"
On his own behalf, pro se

_____
DAVID FROMM, Pro Se Defendant
62 L Street
Hull, MA 02045
(781)-727-9146

## CERTIFICATE OF SERVICE

I hereby certify that this document was served upon counsel of record for all parties, via
first class mail, on Friday, March 10, 2005.

David Fromm