# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITECUBES, L.L.C.<br>a California Limited Liability Co., and<br><br>CARL R. VANDERSCHUIT,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GLOWSTICKFACTORY.COM<br>a Massachusetts Proprietorship, and<br><br>ROSS INDUSTRIES<br>a Massachusetts Corporation,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　CIVIL ACTION NO. 04-11474 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF BARBARA A. FIACCO

Please enter my appearance as counsel for Litecubes, L.L.C. and Carl R. Vanderschuit in the above-captioned action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LITECUBES, L.L.C. AND CARL
　　　　　　　　　　　　　　　　　　　VANDERSCHUIT
　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　/s/ Barbara A. Fiacco
　　　　　　　　　　　　　　　　　　　Barbara A. Fiacco BBO#633618
　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　Seaport World Trade Center West
　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210-2600
　　　　　　　　　　　　　　　　　　　(617) 832-1202
　　　　　　　　　　　　　　　　　　　_bfiacco@foleyhoag.com_