UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITECUBES, L.L.C.<br>a California Limited Liability Co., and<br><br>CARL R. VANDERSCHUIT,<br><br>                            Plaintiffs,<br><br>v.<br><br>GLOWSTICKFACTORY.COM<br>a Massachusetts Proprietorship, and<br><br>ROSS INDUSTRIES<br>a Massachusetts Corporation,<br><br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11474 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW L. CUTLER

    Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Matthew L. Cutler of Harness, Dickey & Pierce, P.L.C., 7700 Bonhomme, Suite 400, St. Louis, MO 63105, be admitted to appear on behalf of Litecubes, L.L.C. and Carl Vanderschuit, and to practice before this Court in the above-entitled action.  As grounds for this motion, the undersigned counsel respectfully represents the following:

    1.    Mr. Cutler is and has been a member in good standing of the bar of the State of Missouri since October 10, 1997  and the United States District Court for the Eastern District of Missouri since January 27, 1998;

2. There are no disciplinary proceedings pending against Mr. Cutler as a member of the bar of the State of Missouri or the United States District Court for the Eastern District of Missouri;

3. Mr. Cutler has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4. In further support of this motion, Mr. Cutler has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Cutler's admission to practice before this Court *pro hac vice*.

Dated: April 12, 2005

Respectfully submitted,

LITECUBES, L.L.C. AND CARL VANDERSCHUIT

By their attorney,

/s/ Barbara A. Fiacco
Barbara A. Fiacco BBO#633618
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1202

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Barbara A. Fiacco, hereby certify that on April 11, 2005, I conferred by telephone with Mr. David Fromm, pro se defendant, with respect to the issues raised in this motion. The defendant does not assent to this motion.

/s/ Barbara A. Fiacco
Barbara A. Fiacco