# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 10, 1997,

### *Matthew Lawrence Cutler*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 29th day of March, 2005.

*Thomas Simon*
Clerk of the Supreme Court of Missouri

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern         **DISTRICT OF**         Missouri

**CERTIFICATE OF
GOOD STANDING**

I, _____James G. Woodward_____, Clerk of this Court,

certify that ____Matthew L. Cutler____, Bar # __78149__,

was duly admitted to practice in this Court on

_____January 27, 1998_____, and is in good standing
            DATE

as a member of the Bar of this Court.

Dated at ____St. Louis, Missouri____ on __March 22, 2005__.
              LOCATION                              DATE

_____  _____
         CLERK                             DEPUTY CLERK