UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITECUBES, L.L.C. )<br>a California Limited Liability Co., and )<br>)<br>CARL R. VANDERSCHUIT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GLOWSTICKFACTORY.COM )<br>a Massachusetts Proprietorship, and )<br>)<br>ROSS INDUSTRIES )<br>a Massachusetts Corporation, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-11474 RCL |

## MOTION TO DISMISS CLAIMS AGAINST DEFENDANT ROSS INDUSTRIES

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Litecubes, LLC and Carl R. Vanderschuit hereby move to dismiss their claims against Ross Industries without prejudice.

Defendants Ross Industries and Glowstickfactory.com, through counsel, filed a motion to extend time to answer the Complaint. Counsel David Perry, who had signed the motion on behalf of both defendants, subsequently filed a declaration with the district court in Missouri stating that he "inadvertently filed this Consented to Motion for Extension of Time to File Defendants' Answer on behalf of both named parties, when, in actuality, I intended to file the same on behalf of the Glowstickfactory.com only." Mr. Perry further stated that he "had never been retained by 'Ross Industries, a Massachusetts Corporation'" and that he was "unaware of

B3038242.1

any Massachusetts Corporation known as 'Ross Industries.'" E.D. Mo. Dkt. No. 42. Glowstickfactory.com subsequently filed a notice of Mr. Perry's temporary suspension from the practice of law in Massachusetts. David Fromm entered a pro se appearance for Glowstickfactory.com. As a result of Mr. Perry's suspension, there is currently no counsel of record for defendant Ross Industries.

Plaintiffs and defendant Glowstickfactory.com have resolved the claims asserted against Glowstickfactory.com in the above-captioned case and filed a stipulation requesting that those claims be dismissed with prejudice. Plaintiffs believe that Ross Industries was at one time an alter ego of Glowstickfactory.com, but is no longer in existence. Plaintiffs therefore request that the Court dismiss plaintiffs' claims against Ross Industries without prejudice.

LITECUBES, L.L.C. AND CARL R. VANDERSCHUIT,
By their attorney,

/s/ Barbara A. Fiacco
Barbara A. Fiacco (BBO # 633618)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
617-832-1000
bfiacco@foleyhoag.com

Matthew L. Cutler
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO  63105
mcutler@hdp.com

Dated: July 20, 2005

B3038242.1                                - 2 -