UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITECUBES, L.L.C.<br>a California Limited Liability Co., and<br><br>CARL R. VANDERSCHUIT,<br><br>                      Plaintiffs,<br><br>v.<br><br>GLOWSTICKFACTORY.COM<br>a Massachusetts Proprietorship, and<br><br>ROSS INDUSTRIES<br>a Massachusetts Corporation,<br><br>                      Defendants. | CIVIL ACTION NO. 04-11474 RCL |

## **STIPULATION OF DISMISSAL**

Plaintiffs Litecubes, LLC and Carl R. Vanderschuit and Defendant Glowstickfactory.com, acting through their respective counsel, have resolved the claims asserted against Glowstickfactory.com in the above-captioned case and ask that those claims be dismissed with prejudice.

B3038242.1

- 2 -

| | |
|---|---|
| LITECUBES, L.L.C. AND CARL R. VANDERSCHUIT,<br>By their attorney, | GLOWSTICKFATORY.COM,<br>By its attorney, |
| /s/ Barbara A. Fiacco<br>Barbara A. Fiacco (BBO # 633618)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA  02210-2600<br>617-832-1000<br>bfiacco@foleyhoag.com<br><br>Matthew L. Cutler<br>Harness, Dickey & Pierce, P.L.C.<br>7700 Bonhomme, Suite 400<br>St. Louis, MO  63105<br>mcutler@hdp.com | /s/ David Fromm (by permission /s/ Barbara A. Fiacco)<br>David Fromm, PRO SE DEFENDANT<br>62 L Street<br>Hull, MA  02045<br>781-727-9146 |

Dated: July 20, 2005